UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER ELVENA MOFFIT,<br><br>       Plaintiff,<br><br>    v.<br><br>CITY OF SAUSALITO, et al.,<br><br>       Defendants. | Case No. 22-cv-02098-EMC<br><br>**ORDER TO SHOW CAUSE** |

Defendants have filed a motion to dismiss. Ms. Moffit did not file an opposition to the motion; nor did she appear at the hearing on the motion to dismiss. Accordingly, the Court hereby orders Ms. Moffit to show cause as to why this case should not be dismissed (in its entirety), either because she does not seek any further relief from Defendants or because she has failed to prosecute this case.

Defendants are ordered to serve a copy of this order to show cause (as well as the minutes from the hearing) on Ms. Moffit. According to Defendants, they have, in the past, successfully effected service on some campers (including Ms. Moffit) by having a police officer personally serve documents on the camper when present at the encampment or otherwise in the City. The Court approves this method of service by Defendants. The Court shall also have the Clerk of the Court serve a copy of this order to show cause (and the minutes from the 7/7/2022 hearing) on Ms. Moffit at the address of record.

When Defendants have served this order to show cause (and the minutes) on Ms. Moffit, they shall – on the day following service – file a declaration certifying that service was effected. **Within two weeks after the date of service, Ms. Moffit's response to this order to show cause**

must be filed.  Ms. Moffit is advised that, if she fails to timely file a response to this order to show cause, then the Court shall automatically direct the Clerk of the Court to dismiss her case without prejudice and to close the file in the case.

**IT IS SO ORDERED**.

Dated: July 11, 2022

_____
EDWARD M. CHEN
United States District Judge