UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER ELVENA MOFFIT,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SAUSALITO, et al.,<br><br>Defendants. | Case No. 22-cv-02098-EMC<br><br>**ORDER TO SHOW CAUSE**<br><br>Docket No. 57 |

Defendant the City of Sausalito has filed a motion to dismiss Plaintiff Jennifer Moffit's case. *See* Docket No. 57 (motion).  Ms. Moffit did not file an opposition to the City's motion, nor did she appear at the hearing on the motion (held on March 23, 2023), even though she was served with a copy of the motion at her address of record.  The Court also takes note that Ms. Moffit does not appear to have participated in this litigation since August 2022. *See* Docket No. 49 (settlement conference minutes).

Taking into account the above, as well as all other evidence of record, the Court hereby issues this order to show cause ("OSC").  Ms. Moffit is ordered to show cause as to why this case should not be dismissed without prejudice based on her failure to prosecute.  **Ms. Moffit must file her response to this OSC by April 14, 2023.**  Ms. Moffit is forewarned that, if she does not timely file a response, then the Court shall automatically dismiss her case – in its entirety – without prejudice based on her failure to prosecute.

///

///

///

The Court shall serve a copy of this order on Ms. Moffit's address of record and at the email address listed in her complaint (myvena@gmail.com). If Defendants have any other means for contacting Ms. Moffit, such as another email address, then they shall promptly serve a copy of this order via those additional means as well and file a proof of service.

**IT IS SO ORDERED**.

Dated: March 24, 2023

_____
EDWARD M. CHEN
United States District Judge